IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:24-cr-119-TFM-B |
| | ) |
| SHANNON CARUSO | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On September 25, 2024, the Defendant Shannon Caruso, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts One through Six of the Indictment, all charging violations of Title 18, United States Code, Section 1343, Wire Fraud. *See* Docs. 28, 30. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 31. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 through 6 of the Indictment is accepted, and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **January 9, 2025 at 10:30 a.m.** under separate Order. *See* Doc. 30.

**DONE** and **ORDERED** this 10th day of October, 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE