IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO. 24-000119 TFM |
| | : | |
| Shannon Caruso | : | |

**POSITION ON PSR—NO OBJECTIONS**

COMES NOW the Defendant, by and through her attorney of record, Jason Darley, and states there are no objections to the draft PSR, as it was written. Defendant reserves the right to file, if necessary.

Respectfully Submitted December 6th, 2024 by,

/s/ Jason Darley
Jason Darley
7 North Lawrence Street
Mobile, AL 36603
(251) 441-7772
darleylaw@gmail.com

**Certificate of Service**

I hereby certify that I have served a copy of the forgoing on the undersigned by electronic filing on this 6th day of December, 2024.

US Attorney's Office

/s/Jason Darley
Jason Darley